IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. 4:23CR-40003 |
| v. | ) |
| | ) |
| NATHANIEL DOGGETT | ) |

**AGREED ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**

Upon agreement of the parties, the defendant's release conditions are modified as follows:

1. The defendant is permitted to visit his mother at her residence in Doddridge, Arkansas, on Sundays from 12:00pm through 7:00pm provided that no minors are on the property during any such visit.

2. All other pre-trial release conditions remain in full force and effect.

IT IS SO ORDERED this 7th day of June, 2024.

_____
Barry A. Bryant
United States Magistrate Judge

Approved as to form and content:

/s/ Devon Still
Devon Still
Assistant United States Attorney

_____
Jessica Yarbrough
Assistant Federal Public Defender