## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**UNITED STATES OF AMERICA**

**v.**  **CASE NUMBER: 4:23-CR-40003-001**

**NATHANIEL DOGGETT**

### ORDER

Before the Court is Defendant Nathaniel Doggett's Motion to Modify Conditions of Release to Allow Travel to Family Holiday Gathering.  ECF No. 49.

On June 5, 2023, Defendant was placed on pre-trial release conditions. ECF No. 17. He has been compliant with conditions of release, including a condition of home detention with GPS monitoring.  On June 7, 2024, his conditions of release were modified by agreement of the parties to allow him to travel to his mother's house in Doddridge, Arkansas, on Sundays from 12:00 p.m. through 7:00 p.m. to assist her with household repairs and chores, provided no minor children were at the residence during those visits. ECF No. 39.  On August 26, 2024, Defendant plead guilty to Count One of the Indictment, which charged him with distribution of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1). ECF 43.

In the instant motion, Defendant moves the Court to modify the condition of home detention to permit him to "travel to a holiday gathering at his grandparents' residence in Glenwood, Arkansas, on Sunday, November 24, 2024 and Tuesday, December 24, 2024, for the period of 7:00 a.m. to 7:00 p.m. on each of those dates, to allow for the approximate 4 hour round trip travel time and visit with his grandparents."  Upon consideration, the Court finds that Defendant's Motion (ECF 49) should be and hereby is GRANTED.

Defendant's pre-sentence release condition that he be placed on home detention is modified to permit him to travel to a holiday gathering at his grandparents' residence in Glenwood, Arkansas, on Sunday, November 24, 2024 and Tuesday, December 24, 2024, for the period of 7:00 a.m. to 7:00 p.m. on each of those dates, so long as there are no minor children on the premises during those visits and GPS monitoring remains in place. Further, all other conditions remain in full force and effect.

IT IS SO ORDERED this 18th day of November, 2024.

Honorable Susan O. Hickey
Chief United States District Judge